UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria

In re

**PAGE ONE SCIENCE, INC.**

Case No. 07-13352-RGM

Chapter 7

Debtor(s)

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| City Of Alexandria Va<br>Revenue Division<br>POB 178 Attn: M. Harlow<br>Alexandria, VA 22313 | $1.87 |

Dated:  November 8, 2011

/s/ Donald F. King
Donald F. King, Trustee
9302 LEE HWY., SUITE 1100
FAIRFAX VA 22031
(703) 218-2163

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to Office of the U.S. Trustee, on November 8, 2011.

